DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WELL DONE MITIGATION** a/a/o **DANIELLE HARVARD,**
Appellant,

v.

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellee.

No. 4D2025-0802

[April 23, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Jennifer Hilal, Judge; L.T. Case No. 062023CC041484AXXXCE.

Gustavo Ernesto Dominguez of Insurance Trial Lawyers, Miami, for appellant.

Kathryn Lee Ender of De Novo, Miami, and Janice Lopez of Dinsmore & Shohl LLP, Miami, (withdrawn as counsel after filing brief), for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and SHEPHERD, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***